■ EDWARD LASSEN, Appellant, v DUNKIN' DONUTS INCORPORATED et al., Respondents. [937 NYS2d 580]—

Plaintiff seeks damages for injuries he sustained when he was struck by a motor vehicle operated by an employee of defendants' franchisees. Plaintiff's theory of the case is vicarious liability based on agency. However, the pleadings allege no facts to substantiate the assertion that the motor vehicle operator was defendants' agent (CPLR 3211 [a] [7]).

We have considered plaintiff's remaining arguments and find them unavailing. Concur—Gonzalez, P.J., Mazzarelli, Andrias, Sweeny and Román, JJ.